355 F.3d 1140
 Mudher Jassim Mohamed AL-SAHER, Petitioner,
v.
IMMIGRATION AND NATURALIZATION SERVICE, Respondent.
 No. 99-71308.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted March 9, 2001.
 Filed October 23, 2001.
 Amended January 21, 2004.
 
 1
 J. Jack Artz, Pasadena, CA, for the petitioner.
 
 
 2
 Thankful T. Vanderstar and Nancy E. Friedman, U.S. Department of Justice, Washington, DC, for the respondent.
 
 
 3
 Petition to Review a Decision of the Board of Immigration Appeals. INS No. Aqs-nyk-ljz.
 
 
 4
 Before HUG, and B. FLETCHER, Circuit Judges, and KING, District Judge.*
 
 ORDER
 
 5
 The opinion filed October 23, 2001, showed an incorrect INS No. Anz-vgt-mqf. The opinion is reported as Al-Saher v. I.N.S., 268 F.3d 1143 (9th Cir.2001). It is ordered that the opinion be amended to reflect the correct INS number, which is INS No. Ane-nib-zti.
 
 
 
 Notes:
 
 
 *
 Honorable Samuel P. King, Senior United States District Judge for the District of Hawaii, sitting by designation